

# MODRALL SPERLING
LAWYERS

Emil J. Kiehne
505.848.1838
Fax: 505.848.1889
ejk@modrall.com

December 1, 2010

**VIA FIRST CLASS MAIL
AND FACSIMILE (505) 348-2285**

The Honorable James O. Browning
U.S. District Judge
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Re:  *General Protecht Group, Inc., et al. v. Leviton Manufacturing Co., Inc.*, No. CIV 10-01020 JB/LFG

Dear Judge Browning:

Today Leviton will be filing motions for (a) clarification of the scope of Your Honor's preliminary injunction, and (b) stay of the preliminary injunction pending appeal, or at least until the Court of Appeals for the Federal Circuit can consider a request for stay.

Leviton respectfully requests expedited consideration of these motions, because it wants to make sure that it clearly understands the scope of the Court's order before complying and because it would like to expedite its appeal of the Court's decision. Leviton believes that a telephonic hearing of 15 to 20 minutes would be appropriate to expedite these matters. Counsel for Leviton, Larry Shatzer, is available to participate in a telephonic hearing on December 2 or 3 (all day), December 6 (afternoon only), and December 8, 9, and 10 (all day).

In advance, thank you for considering this request.

Respectfully yours,

Emil J. Kiehne

cc(via CM/ECF system):  Ann G. Fort
William G. Long
Lei Fang
Joshua Curry
Roger E. Michener
Mark J. Rosenberg
Larry L. Shatzer

Modrall Sperling
Roehl Harris & Sisk P.A.

Bank of America Centre
500 Fourth Street NW
Suite 1000
Albuquerque,
New Mexico 87102

PO Box 2168
Albuquerque,
New Mexico 87103-2168

Tel: 505.848.1800
www.modrall.com

The Honorable James O. Browning
December 1, 2010
Page 2

                                   Shaun R. Snader
                                   Robin L. Brewer
                                   Stefani E. Shanberg

K:\DOX\CLIENT\80670\113\W1377917.DOCX