**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE DIVISION**

| | |
|---|---|
| GENERAL PROTECHT GROUP, INC., f/k/a ZHEJIANG DONGZHENG ELECTRICAL, CO.; G-TECHT GLOBAL CORPORATION; SECURELECTRIC CORPORATION; WAREHOUSE-LIGHTING.COM LLC; CENTRAL PURCHASING, LLC; and HARBOR FREIGHT TOOLS USA, INC., | |
| Plaintiffs, | Civ. No. 10-cv-01020-JB-LFG |
| v. | |
| LEVITON MANUFACTURING CO., INC., | |
| Defendant. | |

**DEFENDANT LEVITON MANUFACTURING CO., INC.'S**
**MOTIONS FOR CLARIFICATION AND STAY OF PRELIMINARY**
**INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION**

Defendant Leviton Manufacturing Co., Inc. ("Leviton") moves, on an expedited basis, for (1) a clarification of the order granting Plaintiffs' motion for a preliminary injunction (Dkt No. 41) ("PI Order"), (2) a stay of the PI Order pending appeal or, alternatively, until the U.S. Court of Appeals for the Federal Circuit can decide a motion for a stay of the PI Order, and (3) expedited briefing of these issues ("Motions"). Leviton seeks a clarification that the PI Order is no broader than what Plaintiffs requested. That is, Leviton seeks clarification that the PI Order requires only dismissal of claims against Plaintiff premised on GFCI products made by General Protecht Group, Inc., not *any* manufacturer. In addition, Leviton cannot unilaterally dismiss claims against the Plaintiffs in the ITC Investigation, but can only move to withdraw its claims against Plaintiffs. With respect to the stay, Leviton respectfully requests a stay of the PI Order

W1378441

pending appeal or alternatively, a stay pending the Federal Circuit's decision on a motion to stay, which Leviton intends to file promptly if this Court denies its motion to stay pending appeal.

The grounds for the Motions are set forth in the concurrently filed memorandum in support of the Motions and the Declaration of Shaun R. Snader.  Proposed orders will be submitted separately to jobproposedtext@nmcourt.fed.us.

Leviton contacted Plaintiffs to determine whether they will oppose these Motions, and Plaintiffs stated that they will oppose.

Dated: December 1, 2010

Respectfully submitted,

/s/ Emil J. Kiehne
Emil J. Kiehne
Modrall, Sperling, Roehl, Harris
& Sisk, P.A.
500 Fourth Street, N.W., Suite 1000
P.O. Box 2168
Albuquerque, New Mexico 87103
Telephone: 505-848-1800
Facsimile: 505-848-1889
E-mail: ejk@modrall.com

Stefani E. Shanberg
Robin L. Brewer
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Phone: 650-493-9300
Fax: 650-493-6811
E-mail: sshanberg@wsgr.com
E-mail: rbrewer@wsgr.com

Larry L. Shatzer
Shaun R. Snader
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Phone: 202-973-8800
Fax: 202-973-8899
E-mail: lshatzer@wsgr.com
E-mail: ssnader@wsgr.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010, I filed the foregoing document electronically through the CM/ECF System, which caused the following counsel for the parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ann G. Fort<br>ann.fort@sutherland.com | William F. Long<br>bill.long@sutherland.com |
| Roger Michener<br>michener@redthistle.com | Mark J. Rosenberg<br>mrosenberg@sillscummis.com |

By: */s/ Emil J. Kiehne*
     Emil J. Kiehne

K:\dox\client\80670\113\W1378441.DOC