IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENERAL PROTECHT GROUP, INC., f/k/a
ZHEJIANG DONGZHENG ELECTRICAL, CO.;
G-TECHT GLOBAL CORPORATION;
SECURELECTRIC CORPORATION;
WAREHOUSE-LIGHTING.COM LLC; CENTRAL
PURCHASING, LLC; and HARBOR FREIGHT
TOOLS USA, INC.,

        Plaintiffs,

        v.                                        No. CIV 10-1020 JB/LFG

LEVITON MANUFACTURING CO., INC.,

        Defendant.

**ORDER SEALING DEFENDANT LEVITON MANUFACTURING CO., INC.'S
MEMORANDUM OF LAW IN SUPPORT OF ITS MOTIONS
FOR CLARIFICATION AND STAY OF PRELIMINARY INJUNCTION
AND REQUEST FOR EXPEDITED CONSIDERATION AND RELATED PAPERS**

      This matter having come before the Court on Defendant Leviton Manufacturing Co., Inc.'s ("Leviton's") Unopposed Motion to Seal Its Memorandum of Law in Support of Its Motions for Clarification and Stay of Preliminary Injunction and Request for Expedited Consideration and Related Papers; the Court having considered the same, being fully advised in the relevant premises, and having found the motion well-taken, and for good cause shown, Leviton's motion is GRANTED and it is ORDERED as follows:

      The clerk is hereby directed to seal (1) Leviton's Memorandum of Law in Support of Its Motions for Clarification and Stay of Preliminary Injunction and Request for Expedited Consideration [Dkt No. 45] and (2) the Declaration of Shaun R. Snader in Support of Defendant Leviton Manufacturing Co., Inc.'s Motions for Clarification and Stay of Preliminary Injunction and

Request for Expedited Consideration and exhibits thereto [Dkt No. 46].

_____
UNITED STATES DISTRICT JUDGE