IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENERAL PROTECHT GROUP, INC.,
f/k/a ZHEJIANG DONGZHENG
ELECTRICAL, CO.; G-TECHT
GLOBAL CORPORATION;
SECURELECTRIC CORPORATION;
WAREHOUSE-
LIGHTING.COM LLC; CENTRAL
PURCHASING, LLC; and HARBOR
FREIGHT TOOLS USA, INC.,

       Plaintiffs,

vs.                                                             No. CIV 10-1020 JB/LFG

LEVITON MANUFACTURING CO.,
INC.,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed May 12, 2012 (Doc. 193)("MOO"). The Court's MOO dismissed Counts II through VIII in the Plaintiffs' Complaint for Declaratory and Injunctive Relief, filed October 28, 2010 (Doc. 1), during its disposition of Defendant Leviton Manufacturing Co., Inc.'s Motion to Dismiss Patent Claims and Counterclaims, filed October 11, 2011 (Doc. 144). See MOO at 1-2. The Court's MOO also dismissed all the counterclaims Defendant Leviton Manufacturing Co., Inc. has asserted against the Plaintiffs. See MOO at 1-2. The Court dismissed Leviton Manufacturing's patent-infringement counterclaims with prejudice and its trade-secret-misappropriation counterclaim. See MOO at 1-2. The Court then declined to exercise supplemental jurisdiction over the remaining state-law claims the Plaintiffs had asserted -- Counts I and X -- by dismissing those claims without prejudice. See

MOO at 1-2.  The Court retains jurisdiction over the request for attorney's fees under 35 U.S.C. § 285 as collateral to the merits of the case.  See MOO at 2.  Consequently, the Court's MOO resolved all causes of action that the parties have asserted against one another.  Thus, it is now appropriate for the Court to enter final judgment in this matter.

**IT IS ORDERED** that all claims asserted against all parties are dismissed and final judgment is entered in this matter.  The Court retains jurisdiction over the request for attorney's fees under 35 U.S.C. § 285.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Roger Michener
Michener Law Firm, LLC
Placitas, New Mexico

    *Attorney for the Plaintiffs*

William F. Long
Ann G. Fort
Joshua D. Curry
Lei Fang
Sutherland Asbill & Brennan, LLP
Atlanta, Georgia

    *Attorneys for Plaintiffs General Protecht Group, Inc.,*
      *SecurElectric Corporation, G-Techt Global Corporation,*
      *and Warehouse-Lighting.com LLC*

Mark J. Rosenberg
Tarter Krinsky & Drogin, LLP
New York, New York

    *Attorneys for Plaintiffs Harbor Freight Tools USA, Inc.*
      *and Central Purchasing, LLC*

Robin L. Brewer
Stefani E. Shanberg
Wilson, Sonsini, Goodrich & Rosati, P.C.
Palo Alto, California

*--and--*

Emil Kiehne
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

*--and--*

Larry L. Shatzer
Shaun R. Snader
Wilson, Sonsini, Goodrich & Rosati, P.C.
Washington, D.C.

    *Attorneys for Defendant Leviton Manufacturing Co.*