UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

GENERAL PROTECHT GROUP, INC., *et al.*,

             Plaintiffs,

      vs.

LEVITON MANUFACTURING CO., INC.,

           Defendant.

Civ. No. 10-cv-01020-JB-LFG

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR
PLAINTIFFS TO FILE MOTION FOR ATTORNEY FEES**

Plaintiff General Protecht Group, Inc., G-Tech Global Corporation, SecurElectric Corporation, Warehouse Lighting.com LLC, Central Purchasing, LLC, and Harbor Freight Tools USA, Inc. (collectively, "Plaintiffs") respectfully request that the Court extend the deadline for Plaintiffs to file their motion for attorney fees pursuant to 35 U.S.C. § 285 from June 13, 2012 to June 22, 2012. Plaintiffs' counsel have obligations that would make it difficult to meet the original deadline. Plaintiffs also need additional time to consider whether they will file a motion for attorney fees and if so to prepare such a motion. Defendant Leviton Manufacturing Co., Inc. ("Leviton") does not oppose Plaintiffs' motion for an extension of time. Attached as Exhibit A is a proposed order granting Plaintiffs' motion for an extension of time.

Dated:  May 25, 2012

Respectfully submitted,

  */s/ Roger E. Michener*           
Roger E. Michener
  New Mexico Bar No. 9008

MICHENER LAW FIRM, LLLC
P.O. Box 400
Placitas, New Mexico 87043-0400
Phone (505) 771-1728

*Attorney for Plaintiffs*

William F. Long
Ann G. Fort
Lei Fang
Joshua D. Curry
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street N.E.
Atlanta, Georgia 30309-3996
Phone (404) 853-8000
Facsimile (404) 853-8806

*Attorneys for Plaintiffs*
  *General Protecht Group, Inc., f/k/a Zhejiang*
  *Dongzheng Electrical Co.,*
  *SecurElectric Corporation,*
  *G-Techt Global Corporation, and*
  *Warehouse-Lighting.com LLC*

Mark J. Rosenberg
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, New York 10018
Phone (212) 216-1127
Facsimile (212) 216-8001

*Attorneys for Plaintiffs*
  *Harbor Freight Tools USA, Inc. and*
  *Central Purchasing, LLC*


## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 25, 2012, I caused the foregoing document to be filed using the CM/ECF System in the United States District Court for District of New Mexico, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

  */s/ Roger E. Michener*